# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00163 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **LINDA REEVES** | : | **PLAINTIFF** |
| | : | |
| v. | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

## ORDER

Pending are Plaintiff's Motion to Compel the Appearance at Trial of Wyeth's Corporate Representatives Michael Dey and Justin Victoria (Doc. No. 256), Plaintiff's Motion *in Limine* No. 39 to Exclude References to Dr. Gueriguian's Confrontation with Warner Lambert Company and its Drug Rezulin (Doc. No. 265), and Defendant's Motion for Reconsideration Re: Plaintiff's Motion *in Limine* 25 -- Oral Contraceptive Use (Doc. No. 283).

### A.     Plaintiff's Motion to Compel Appearance

Plaintiff's Motion to Compel the Appearance at Trial of Wyeth's Corporate Representatives Michael Dey and Justin Victoria (Doc. No. 256) is GRANTED.[1]  Plaintiff's counsel are directed to be reasonably accommodating to these individuals insofar as their appearance at trial is concerned (as an example, I assume Plaintiff's counsel does not intend to have them in the courthouse in Little Rock for the entire trial).

---

[1] *See American Federation of Government Employees Local 922 v. Ashcroft*, 354 F. Supp. 2d 909 (E.D. Ark. 2003); *In Re Vioxx Products Liability Litigation*, 2:05-MD-01657-EEF, 2006 WL 2037349 (E.D. La. Jul. 21, 2006).

1

### B. Plaintiff's Motion *in Limine* No. 39

Plaintiff's Motion *in Limine* No. 39 to Exclude References to Dr. Gueriguian's Confrontation with Warner Lambert Company and its Drug Rezulin (Doc. No 265) is DENIED.

### C. Defendant's Motion for Reconsideration

Defendant's Motion for Reconsideration Re: Plaintiff's Motion *in Limine* 25 -- Oral Contraceptive Use (Doc. No. 283) is DENIED. The exclusion of this evidence is bottomed upon FRE 403, not FRE 402.

I assume that Defendant has no evidence that Plaintiff was specifically warned about the risks associated with oral contraceptives.

IT IS SO ORDERED this 28th day of July, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE