**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00163 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **LINDA REEVES** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

## ORDER

On this 28th day of July, 2006, came on to be considered the propriety of continued media contact by counsel for Plaintiff Linda Reeves and the Wyeth Defendants. Plaintiff's counsel have acknowledged prior contact with the media in a letter to the Court dated July 27, 2006. (Ex. 1) Defense counsel have acknowledged prior contact by Wyeth with the media in which the *Reeves* case was discussed in a letter to Plaintiff's counsel dated July 27, 2006. (Ex. 2)

Plaintiff's counsel have agreed that they (and members of the Plaintiffs' Steering Committee) will have no further contact with the media concerning this case through the returning of a verdict by the jury.

Defense counsel have requested that limited additional media contact be allowed concerning this case to respond to comments made by Plaintiff's counsel in previous interviews. Plaintiff's counsel have requested that the Court maintain the ability to address this issue of media contact if the need arises.

It seems to me that it would be a good idea if Defendant's counsel identified the media outlets that they intend to respond to by Tuesday, August 1, 2006 at 1:00 p.m. Since this proviso

1

was not discussed during the telephone conference yesterday I will permit Wyeth's counsel to address this issue Monday morning if they will bring it to my attention.

The Court is concerned that further contact with the media may taint the jury pool. In the interest of justice, the Court determines that no further contact with the media concerning this case will occur.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that:

1. By Tuesday August 1, 2006 at 1:00 p.m., unless Wyeth's counsel dissuades me on Monday, July 31, 2006.

2. The parties and their counsel must refrain from further media contact concerning this case save and except the limited contact requested by Defendant Wyeth.  No party may discuss with any media outlet any case-specific issues pertaining to the *Reeves* case from this day forward, until the case is resolve

3. The parties may move for additional contact, and upon a showing of good cause, the Court may grant further contact.

4. Nothing in this Order may be construed to limit Wyeth from participating in ordinary media contact related to its business affairs unrelated to the *Reeves* case.

IT IS SO ORDERED this 29th day of July, 2006.

    /s/ Wm. R.Wilson,Jr.  
    UNITED STATES DISTRICT JUDGE