# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:05CV00163** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **LINDA REEVES** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

## ORDER

After much reflection, I have decided that Plaintiff should not be permitted to present a fraud theory to the jury.

First off, I want to note that my reference to "fraud" as a surviving cause of action in the order of July 11, 2006 was inadvertent.[1]

Plaintiff did not plead fraud in its Second Amended Complaint, and, I have no reason to doubt the statement of Plaintiff's counsel that this failure was inadvertent. In view of this, I would normally permit Plaintiff to amend to attempt to plead fraud with sufficient specificity, but we are now too near the trial date, and I am satisfied that amendment at this late date would probably prejudice Defendant.

I would like for Defendant's counsel to address, with specificity, their idea of what evidence will be inadmissible, absent a fraud allegation. In other words, what evidence does Plaintiff now have on the table that should be removed as a result of this order; of course, I will allow Plaintiff's counsel to respond. I anticipate that this issue will be addressed during the hearing that will commence Monday morning.

IT IS SO ORDERED this 29th day of July, 2006.

                                                     /s/ Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 223.