**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00163 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **LINDA REEVES** | : | PLAINTIFF |
| v. | : | |
| **WYETH** | : | DEFENDANT |

### ORDER

Pending are Plaintiff's Motion to Compel Responses to Plaintiff's Requests for Production Part 5 (Doc. No. 260), Defendant's Motion *in Limine* to Bar Evidence and Argument that Wyeth Should Have Conducted a "WHI-Like" Study (Doc. No. 303), and Defendant's Second Renewed Motion for Summary Judgment Re: Statute of Limitations (Doc. No. 298).

Based on the findings of fact and conclusions of law made in a hearing held today, I rule as follows:

1. Plaintiff's Motion to Compel Responses to Plaintiff's Requests for Production Part 5 (Doc. No. 260) is DENIED for the time being. If any of the requested documents are offered into evidence, or mentioned by a defense witness, I will conduct a hearing to determine whether the documents were properly withheld under the "work product" privilege. If not, I will instruct the jury to the effect that they were improperly withheld from Plaintiff by Defendant, thus causing the delay in the trial.

2.	Defendant's Motion *in Limine* to Bar Evidence and Argument that Wyeth Should Have Conducted a "WHI-Like" Study (Doc. No. 303) is DENIED.

3.	After careful consideration, Defendant's Second Renewed Motion for Summary Judgment Re: Statute of Limitations (Doc. No. 298), filed last Friday, is DENIED.

IT IS SO ORDERED this 31st day of July, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE