# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00163 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| **LINDA REEVES** | : | **PLAINTIFF** |
| | : | |
| v. | : | |
| | : | |
| **WYETH, INC.** | : | **DEFENDANTS** |

## ORDER

Pending are Defendant's Motion to Strike Late Deposition Designation and Counter-Designations (Doc. No. 352) and Motion to Strike Designation and Bar Use of Thematic "Video Clips" (Doc. No. 354). Oral argument was heard during a hearing held today.

Based on the findings of fact and conclusions of law made in the hearing, Defendant's Motion to Strike Late Deposition Designation and Counter-Designations (Doc. No. 352) is DENIED.  Defendant's Motion to Strike Designation and Bar Use of Thematic "Video Clips" (Doc. No. 354) is GRANTED in PART and DENIED in PART.  Video clips that were untimely designated may not be used in trial.  However, late deposition designation may be presented through transcripts, assuming the their use complies with the Federal Rules of Evidence.

IT IS SO ORDERED this 17th day of August, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE