**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00163 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **LINDA REEVES** | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| **WYETH** | : | DEFENDANT |

## ORDER

Pending are Defendant's Motion for Judgment as a Matter of Law (Doc. No. 435) and Renewed Motion for Judgment as a Matter of Law (Doc. No. 445). Plaintiff has responded (Doc. No. 441).

Based on the findings of fact and conclusions of law made in open court, both motions are DENIED.

IT IS SO ORDERED this 11th day of September 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

1